UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF ILLINOIS

Eastern Division

| | | |
|---|---|---|
| In Re: | ) | BK No.: 17-38462 |
| Daniel Romain and Kimberly R Romain | ) | |
| | ) | Chapter: 13 |
| | ) | Honorable LaShonda Hunt |
| | ) | |
| | ) | |
| Debtor(s) | ) | |

## ORDER DENYING AS UNNECSSARY

This matter coming to be heard on the motion of the Debtor for approval of a modification of an existing loan; after due notice having been given and the opportunity for a hearing thereon and the Court being fully advised of the matter herein,

IT IS HEREBY ORDERED THAT:

The motion is denied. There is no provision of the Bankruptcy Code that calls for the Court to approve a modification of an existing loan agreement. The parties are free to go forward with the transaction without Court approval.

Enter:

*LaShonda A. Hunt*

Honorable LaShonda A. Hunt

United States Bankruptcy Judge

Dated: December 16, 2019